1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   E. MATTHEW FREEMAN
3  Nevada Bar No. 14198
   Matt.Freeman@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendants*

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10                                  **\* \* \***

| | |
|---|---|
| 11 TERREL GREGORY and ELLA UKAOMA-GREGORY, individuals, | CASE NO. 2:20-cv-1439-APG-EJY |
| 12 | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| Plaintiff, | |
| 13 vs. | **[SECOND REQUEST]** |
| 14 | |
| 15 REBECCA PALMER, an individual; SEAN MONTGOMERY, an individual; OSCAR CONCHAS, an individual; JESSE CESENA, an individual; THE CITY OF NORTH LAS VEGAS, a municipal governmental entity and a political subdivision of the State of Nevada; DOE EMPLOYEES I through X, inclusive, DOES I through XV, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 Defendants. | |

21          Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of

22  record, hereby stipulate and request that this Court extend discovery in the above-captioned case

23  by ninety-one (91) days, up to and including Monday, September 6, 2021. In addition, the parties

24  request that the all other future deadlines contemplated by the Discovery Plan and Scheduling

25  Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties

26  state as follows:

27  …

28  …

1.    On August 4, 2020, Plaintiffs filed their Complaint in the United States District Court, District of Nevada.

2.    On September 8, 2020, Defendants filed their Answer to Complaint.

3.    On September 22, 2020 the parties conducted an initial FRCP 26(f) conference

4.    On September 29, 2020, Defendants served their FRCP 26 Initial Disclosures on Plaintiff.

5.    On October 2, 2020, Plaintiff served his FRCP 26 Initial Disclosures on Defendant.

6.    On November 5, 2020, the Court entered the Stipulated Discovery Order.

7.    On January 26, 2021, Defendant served written discovery on Plaintiff. Plaintiff served his responses on March 3, 2021.

8.    On March 9, 2021, Plaintiff served written discovery on Defendants. Defendants responses are due May 12, 2021.

## DISCOVERY REMAINING

1.    The parties will continue participating in written discovery.

2.    Defendants will take the depositions of plaintiffs.

3.    Plaintiffs will take the depositions of the defendants.

4.    Defendants will gather records/documents pertinent to plaintiffs' claim.

5.    The parties may take the depositions of any and all other witnesses garnered through discovery.

6.    The parties will depose the respective expert witnesses.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-4, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

The ongoing impact on discovery by the current COVID-19 crisis continues to constrain the parties' ability to complete discovery. Local, state, and national officials continue to warn that

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

travel should be limited and/or avoided at this time to prevent further spread of the virus. Counsel for Defendants are practicing physical distancing and are working remotely. Due to these unexpected and rapidly changing circumstances, an extension of the close of discovery deadline is necessary so the parties may fully develop their respective cases in chief.

Extension or Modification of The Discovery Plan and Scheduling Order. LR 26-4 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-4.

This is the second request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *Monday, June 7, 2021* | *Monday, September 6, 2021* |
| Deadline to Amend Pleadings or Add Parties | *Closed* | *Closed* |
| Expert Disclosure pursuant to FRCP26 (a)(2) | *Tuesday, April 6, 2021* | *Closed* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Wednesday, May 6, 2021* | *Closed* |
| Dispositive Motions | *Monday, July 7, 2021* | *Wednesday, October 6, 2021* |
| Joint Pretrial Order | *Wednesday, August 6, 2021* | *Friday, November 5, 2021* |

…

…

…

…

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety (90) days from the current deadline of June 7, 2021, up to and including September 6, 2021, and the other dates as outlined in accordance with the table above.

Dated this 14th day of May, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
ROBERT W. FREEMAN, JR.
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89 14th118
*Attorneys for Defendants*

Dated this 14th day of May, 2021.

CLEAR COUNSEL LAW GROUP

/s/ Dustin E. Birch
JARED RICHARDS
Nevada Bar No. 11254
DUSTIN E. BIRCH
Nevada Bar No. 10517
1671 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89102
*Attorney for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated this 14th day of May, 2021.

_____
U.S. MAGISTRATE JUDGE