ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TERREL GREGORY and ELLA UKAOMA-GREGORY, individuals,<br><br>Plaintiff,<br><br>vs.<br><br>REBECCA PALMER, an individual; SEAN MONTGOMERY, an individual; OSCAR CONCHAS, an individual; JESSE CESENA, an individual; THE CITY OF NORTH LAS VEGAS, a municipal governmental entity and a political subdivision of the State of Nevada; DOE EMPLOYEES I through X, inclusive, DOES I through XV, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-1439-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[THIRD REQUEST]** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by ninety-one (91) days, up to and including Monday, December 6, 2021.  In addition, the parties request that the all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule.  In support of this Stipulation and Request, the parties state as follows:

…

…

4822-1628-9012.1

1. On August 4, 2020, Plaintiffs filed their Complaint in the United States District Court, District of Nevada.
2. On September 8, 2020, Defendants filed their Answer to Complaint.
3. On September 22, 2020 the parties conducted an initial FRCP 26(f) conference
4. On September 29, 2020, Defendants served their FRCP 26 Initial Disclosures on Plaintiff.
5. On October 2, 2020, Plaintiff served his FRCP 26 Initial Disclosures on Defendant.
6. On November 5, 2020, the Court entered the Stipulated Discovery Order.
7. On January 26, 2021, Defendant served written discovery on Plaintiff.  Plaintiff served his responses on March 3, 2021.
8. On March 9, 2021, Plaintiff served written discovery on Defendants.  Defendants served their responses on May 11, 2021.
9. On July 13, 2021, Defendants took the deposition of Plaintiff Terrell Gregory.

## DISCOVERY REMAINING

1. The parties will continue participating in written discovery.
2. Defendants will take the depositions of plaintiffs.
3. Plaintiffs will take the depositions of the defendants.
4. Defendants will gather records/documents pertinent to plaintiffs' claim.
5. The parties may take the depositions of any and all other witnesses garnered through discovery.
6. The parties will depose the respective expert witnesses.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension.  This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

An extension is requested in this case primarily because one of the Plaintiffs has died during the pendency of this litigation. On March 27, 2021, Eila (Ella) Ukaoma-Gregory passed away. Plaintiff Terrel Gregory therefore requires an extension of time to prepare an administration for the estate to further pursue the litigation on behalf of his mother.

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>. LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.

This is the third request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | *Monday, September 6, 2021* | *Monday, December 6, 2021* |
| Deadline to Amend Pleadings or Add Parties | *Closed* | *Closed* |
| Expert Disclosure pursuant to FRCP26(a)(2) | *Closed* | *Closed* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Closed* | *Closed* |
| Dispositive Motions | *Wednesday, October 6, 2021* | *Wednesday, January 5, 2022* |
| Joint Pretrial Order | *Friday, November 5, 2021* | *Friday, February 4, 2022* |

…

…

…

…

4822-1628-9012.1                                       3

1  WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety-one (91) days from the current deadline of September 6, 2021, up to and including December 6, 2021, and the other dates as outlined in accordance with the table above.

Dated this 2nd day of August, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert W. Freeman*
ROBERT W. FREEMAN, JR.
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

Dated this 2nd day of August 2021.

CLEAR COUNSEL LAW GROUP

*/s/ Shea I. Billadeau*
JARED RICHARDS
Nevada Bar No. 11254
SHEA I. BILLADEAU
Nevada Bar. 14481
1671 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89102
*Attorney for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated this 2nd day of August, 2021.

_____
U.S. MAGISTRATE JUDGE

4822-1628-9012.1

4