Jared R. Richards, Esq.
Nevada Bar No. 11254
Dustin E. Birch, Esq.
Nevada Bar No. 10517
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
Telephone: (702) 476-5900
Facsimile: (702) 924-0709
jared@clearcounsel.com
dustin@clearcounsel.com
*Attorneys for Terrel Gregory and Ella Ukaomoa-Gregory*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TERREL GREGORY and ELLA UKAOMA-GREGORY, individuals<br><br>Plaintiffs,<br><br>REBECCA PALMER, an individual; SEAN MONTGOMERY, an individual; OSCAR CONCHAS, an individual; THE CITY OF NORTH LAS VEGAS, a municipal governmental entity and a political subdivision of the State of Nevada; DOE EMPLOYEES I through X, inclusive; DOES I through XV, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants, | Case No.: 2:20-cv-1439-APG-EJY<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**<br>**(FIRST REQUEST)** |

Pursuant to LR 6-1, 6-2 and LR 26-3, the parties, by and through their respective counsel of record, hereby respectfully submit this Stipulation, Request and Order Extending Time to Respond to Motions for Summary Judgment ("the Stipulation"). This is the first request for an extension of time to file responses to Motions for Summary Judgment.

Defendants filed their Motion for Summary Judgment on February 4, 2022. The instant extension is requested as Plaintiff's counsel required additional time to prepare their response to Defendants' Motion for Summary Judgment.

1

Plaintiff filed their Motion for Partial Summary Judgment on February 3, 2022. The instant extension is requested as Defendants' counsel required additional time to prepare their response to Plaintiff's Motion for Partial Summary Judgment.

Upon agreement by and between all parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including March 4, 2022, for the parties to file their responses to the Motions for Summary Judgment filed by the respective parties. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to the parties' Motions for Summary Judgment.

| | |
|---|---|
| DATED this 16th day of February 2022 | DATED this 16th day of February 2022 |
| CLEAR COUNSEL LAW GROUP | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| /s/ Shea I. Billadeau | /s/ Robert W. Freeman |
| Jared R. Richards, Esq.<br>Nevada Bar No. 11254<br>Dustin E. Birch, Esq.<br>Nevada Bar No. 10517<br>Shea I. Billadeau, Esq.<br>Nevada Bar No. 14481<br>1671 W. Horizon Ridge Pkwy, Suite 200<br>Henderson, NV 89012<br>*Attorneys for Plaintiff* | Robert W. Freeman, Esq.<br>Nevada Bar No. 3062<br>E. Matthew Freeman, Esq.<br>Nevada Bar No. 14198<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED

DATED this 17th day of February 2022.

_____
UNITED STATES DISTRICT JUDGE