AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Terrel A. Gregory et al.,

          Plaintiffs,

v.

Rebecca Palmer et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01439-CDS-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT in favor of Defendants, Rebecca Palmer et al., and against Plaintiffs, Terrel A. Gregory et al. Cesena is entitled to summary judgment on all claims against him. The Defendants are entitled to summary judgment on all of the federal claims, and this Court declines to exercise supplemental jurisdiction over the remaining state claims—those are remanded to state court.

The Clerk of Court is directed to enter judgment accordingly and to CLOSE THIS CASE.

09/15/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ R. Gador  
Deputy Clerk